UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
DONALD SHIRLEY,

        Plaintiff,

    -against-

AEROHIVE NETWORKS, INC., DAVID K. FLYNN, CHANGMING LIU, FRANK MARSHALL, INGRID BURTON, REMO E. CANESSA, CURTIS EVANDER GARNER III, JOHN GORDON PAYNE, and CONWAY RULON-MILLER,

        Defendants.
---------------------------------------- X

CASE NO.: 1:19-cv-06742

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: September 18, 2019

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*_____
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*